Grand Lodge Knights of Pythias of Florida, Plaintiff in Error, v. Dennis Taylor, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plain tiff in error.

*S. D. McGill,* for Plaintiff in Error;

No appearance for Defendant in Error.